IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Donnie Romone Twiggs, | No. CV-18-00005-PHX-NVW (MHB) |
|---|---|
| Petitioner, | **ORDER** |
| v. | **and** |
| Charles L. Ryan, et al., | **DENIAL OF CERTIFICATE OF APPEALABILITY AND IN FORMA PAUPERIS STATUS** |
| Respondents. | |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Michelle H. Burns (Doc. 36) regarding petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 5). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 7 (citing 28 U.S.C. § 636(b)(1)); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Petitioner filed objections on February 4, 2019 (Doc. 38).

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. §

636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

Petitioner's request for appointment of counsel on appeal must be presented to the Court of Appeals, as this Court lacks jurisdiction. The Clerk of this Court does not have the forms for moving for appointment of counsel on appeal, so the request for the Clerk to send Petitioner such a form must be denied.

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. 36) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and dismissing Petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 5) with prejudice. The Clerk shall terminate this case.

IT IS FURTHER ORDERED that Petitioners motion for the Clerk to send him a form for appointment of counsel on appeal (Doc. 39) is denied.

A request for a certificate of appealability will be denied because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated: February 6, 2019.

_____
Neil V. Wake
Senior United States District Judge